UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MAILERS UNION<br>LOCAL M-29, affiliated with<br>COMMUNICATIONS WORKERS<br>OF AMERICA, AFL-CIO<br>  9100 Old Marlboro Pike, Suite 100<br>  Upper Marlboro, MD 20772<br><br>            Plaintiff,<br><br>      v.<br><br>THE WASHINGTON POST<br>1150 15th Street, N.W.<br>Washington D.C. 20071<br><br>            Defendant | Case: 1:07-cv-01851<br>Assigned To : Kennedy, Henry H.<br>Assign. Date : 10/15/2007<br>Description: Labor-ERISA |

## COMPLAINT

Plaintiff Washington Mailers Union No. 29, affiliated with Communications Workers of America, by its counsel, complain against Defendant The Washington Post as follows:

1. This is an action to compel arbitration of a pending grievance filed by Washington Mailers Union No. 29, affiliated with Communications Workers of America, ("Union") against The Washington Post ("Employer") pursuant to a collectively bargained agreement between the parties.

2. Plaintiff Union is a labor organization as defined in Section 2(5) of the LMRA, 29 U.S.C. 152 (5), and within the meaning of Section 301 of the LMRA, 29 U.S.C. § 185.

3. Defendant Employer is an employer as defined in Section 2(3) of the LMRA, 29 U.S.C. § 152 (3) and within the meaning of Section 301 of the LMRA, 29 U.S.C. § 185.

4. The Employer is a newspaper of general circulation owned and operated and published

by The Washington Post Company, a corporation organized under the laws of the State of Delaware. The Employer maintains its principal offices at 1150 15th Street, N.W., Washington D.C.

5. This Court has subject matter jurisdiction pursuant to Section 301(a) of the LMRA, 29 U.S.C. § 185, and 28 U.S.C. § 1331 and 28 U.S.C. 1337.

6. Venue is proper in this Court pursuant to Section 301(a) of the Act, in that this Court has jurisdiction over both parties.

7. The Union is the exclusive bargaining representative of a bargaining unit comprised of the employees employed by the Employer performing the mail room work at its Maryland and Virginia facilities.

8. The latest collective bargaining agreement between the Union and Employer was effective May 18, 1998 through May 18, 2003. Subsequent to the expiration of this collective bargaining agreement the parties have been in negotiations for a new collective bargaining agreement.

9. Section 5 of the parties' latest collective bargaining agreement is the grievance and arbitration procedure. This grievance and arbitration procedure covers "[w]henever there is a disagreement involving an alleged violation of a specific provision of this Agreement."

10. Pursuant to Step Two of this grievance and arbitration procedure, any grievance is referred to the Joint Standing Committee.

11. If no decision is reached at the Joint Standing Committee meeting the grieving party may refer the dispute to arbitration. The arbitration decision is final and binding.

12. Section 11(a) of the parties' latest collective bargaining agreement provides, in relevant

part, that the Employer may only suspend employees for just cause. This provision further provides that if such suspension results in a loss of pay such disciplinary action "shall be grievable and arbitrable."

13. Attached to the latest collective bargaining agreement is an agreement titled "Memorandum of Understanding between The Washington Post and Washington Mailers Union No. 29." (hereinafter referred to as the "Job Guarantee Agreement" and attached as Exhibit 1).

14. In consideration for the deletion of manning letter the parties agreed to the Job Guarantee Agreement.

15. This Job Guarantee Agreement provides:

> The Publisher agrees that all mailers whose names appear on the Job Guarantee Roster will be guaranteed either a full-time situation or an opportunity to work five (5) shifts per week, as set forth below, with the Publisher in accordance with the provisions of the latest collective bargaining agreement for the remainder of their working lives until their employment ceases through retirement, resignation, death or discharge for cause …

16. Section (f) of the Job Guarantee Agreement provides that "This Job Guarantee will not be subject to amendment or revision in future collective bargaining negotiations.

17. Thomas Fox is a mailer in the unit employed by the Employer and represented by the Union.

18. Fox began his employment with the Employer as a substitute employee on November 21, 1978. His priority date (seniority date) is February 4, 1979.

19. Fox became a situation holder with the Employer on June 17, 1979. He continues as a situation holder with the Employer through the present.

20. A "situation" is a full-time five day a week job in the mail room

3

and a "situation holder" is a person who has a situation.

21. Fox is a mailer whose name appears on the Job Guarantee Roster and is covered by the Job Guarantee Agreement.

22. On March 12, 2007 the Employer suspended Fox for three days without pay for allegedly inappropriate conduct.

23. On March 19, 2007 the Union timely filed a grievance challenging the Employer's suspension of Fox.

24. A Joint Standing Committee meeting was held on June 19, 2007.

25. By letter dated July 3, 2007 the Employer denied the grievance.

26. The Union demanded arbitration of its grievance.

27. Beginning on or about July 6, 2007 and continuing to the present the Employer has refused to arbitrate the Union's grievance.

28. The Job Guarantee Agreement is a continuing contract that has not expired.

29. Incorporated into this continuing Job Guarantee Agreement is the latest collective bargaining agreement.

30. The grievance over the Employer's three day suspension of Fox without pay is covered by the parties' grievance-arbitration provision in the parties' latest collective bargaining agreement.

31. The Union's grievance is arbitrable.

32. The Employer's refusal to proceed to the arbitration process breached the parties' agreement.

WHEREFORE, Plaintiff Washington Mailers Union No. 29 requests:

1. That this Court enter order requiring Defendant The Washington Post to participate in the selection of an impartial arbitrator pursuant to the terms of the grievance-arbitration procedure and requiring the parties to submit Plaintiff Washington Mailers Union No. 29's grievance to this impartial arbitrator for a final and binding decision;

2. That this Court award Plaintiff Washington Mailers Union No. 29 its costs and such other relief as deemed appropriate.

RESPECTFULLY SUBMITTED,

Date: October 15, 2007

Nicolas M. Manicone
DC Bar No. 461171
Communications Workers of America, AFL-CIO
501 Third Street, N.W., Suite 800
Washington, D.C. 20001-2797
202-434-1321
202-215-9755 (cell)
202-434-1464 (fax)
nmanicone@cwa-union.org

Richard Rosenblatt/NMM

Richard Rosenblatt
RICHARD ROSENBLATT & ASSOCIATES LLC
8085 E. Prentice Ave.
Greenwood Village CO 80111
303-721-7399
303-324-4068 (cell)
720-528-1220 (fax)
rrosenblatt@cwa-union.org

5

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| | |
|---|---|
| **I (a) PLAINTIFFS** Washington Mailers Union Local M-29, affiliated with Communications Workers of America, AFL-CIO | **DEFENDANTS** The Washington Post |
| **(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Prince (EXCEPT IN U.S. PLAINTIFF CASES) Georges, Maryland | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT District of (IN U.S. PLAINTIFF CASES ONLY) Columbia NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| **(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Nicolas M. Manicone, Esquire Communications Workers of America, Legal Dept. 501 Third Street, N.W., Suite 800 Washington, D.C. 20001-2797  202-434-1234 | Case: 1:07-cv-01851 Assigned To : Kennedy, Henry H. Assign. Date : 10/15/2007 Description: Labor-ERISA |

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

| ☐ **A.** *Antitrust* | ☐ **B.** *Personal Injury/ Malpractice* | ☐ **C.** *Administrative Agency Review* | ☐ **D.** *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

☒ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

| Real Property | Bankruptcy | Forfeiture/Penalty | |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | ☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

①

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☒ K. *Labor/ERISA (non-employment)*<br><br>☒ 710 Fair Labor Standards Act<br>☒ 720 Labor/Mgmt. Relations<br>☒ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
LMRA, 29 U.S.C. § 185 and 28 U.S.C. § 1331, 1337

VII. REQUESTED IN COMPLAINT  ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☒ NO

VIII. RELATED CASE(S) IF ANY   (See instruction) ☐ YES ☒ NO   If yes, please complete related case form.

DATE 10/12/2007   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

## MEMORANDUM OF AGREEMENT

### between

### THE WASHINGTON POST AND WASHINGTON MAILERS' UNION NO. 29

This Memorandum of Agreement, by and between The Washington Post, hereinafter referred to as "the Publisher" or "the Office" and Washington Mailers' Union No. 29, shall be attached to and become a part of that certain collective bargaining agreement between the parties dated May 18, 1998 to and including May 18, 2003. This Agreement is in consideration of the deletion of the "Manning Letter" and the agreement that the Office shall have the right to determine the number of employees to be assigned to any work station, work operation, or any equipment (current, modified, or new equipment), reflected in said collective bargaining agreement.

The parties hereto agree as follows:

1. Job Guarantee

    (a) Each employee whose name appears on the list of employees which will be known as the Job Guarantee Roster, a copy of which is attached hereto, will be entitled to the benefits set forth herein.

    (b) The Publisher agrees that all mailers whose names appear on the Job Guarantee Roster will be guaranteed either a full-time situation or an opportunity to work five (5) shifts per week, as set forth below, with the Publisher in accordance with the provisions of the latest collective bargaining agreement for the remainder of their working lives until their employment ceases through retirement, resignation, death or discharge for cause; provided, however, in the event the Publisher permanently ceases publication, such guarantee will thereupon cease, and provided further, in the event of an "Act of God" (an emergency over which the Publisher has no control) or a strike by or lockout of another union(s) with whom the Publisher has a collective bargaining agreement that results in a period of temporary suspension of the Publisher's mailroom operation, this Job Guarantee will be suspended for such a period of temporary suspension only; provided further, in case of a strike by Washington Mailers' Union No. 29 against the Publisher, this Job Guarantee will be suspended during the strike but will continue for those persons

       on the Job Guarantee Roster who return to work after the strike has ended.

(c) In the event of a sustained and substantial loss of business volume, the Publisher and the Union will meet for the purpose of discussing what appropriate action, if any, shall be taken as it relates to this Job Guarantee. If agreement cannot be reached, this matter will not be subject to the provisions of Section 5 of the Collective Bargaining Agreement.

(d) In the event the Publisher merges with any other publisher or acquires or is acquired or consolidates its business in any manner or changes its operation in any manner, such change of circumstance will in no manner abrogate or alter this Job Guarantee, and the Employer signature to this Agreement shall require any successor employer, publishing company, or enterprise to be fully bound by the terms of this Job Guarantee as if such change or successor enterprise had been an original party hereto.

(e) In the event that the Union merges with any other union or consolidates its activities in any manner or changes its operation in an manner, such change of circumstance will in no manner abrogate or alter this Job Guarantee, and any successor union will be as fully bound by the terms of this Job Guarantee as if such successor union had been an original party hereto.

(f) This Job Guarantee will not be subject to amendment or revision in future collective bargaining negotiations.

2. Separation Incentives

(a) The Publisher shall have the right to offer voluntary cash separation incentives, in amounts and methods of payment to be determined by the Publisher, to persons whose names are on the Job Guarantee Roster. Persons on the Roster who accept the separation incentive shall have their names deleted from the Roster and shall sign a statement that they are resigning from employment with The Post.

IN WITNESS WHEREOF the parties hereto have set their hands and seals this 18th day of May, 1998.

| THE WASHINGTON POST | WASHINGTON MAILERS UNION NO. 29 |
|---|---|
| *(signature)* <br> Patricia A. Dunn | *(signature)* <br> James D. Cox |
| *(signature)* <br> Michael Clurman | *(signature)* <br> John T. McInerney |
| *(signature)* <br> Mary Ann Werner | *(signature)* <br> Patsy Phillips |
| *(signature)* <br> Allen Hounshell | *(signature)* <br> Greg Cristarella |
| *(signature)* <br> James W. Coley | *(signature)* <br> Thomas M. Starke |
| *(signature)* <br> Richard Hawes | Bernadette Alexander |
| *(signature)* <br> Harry A. Volz | *(signature)* <br> James Donoghue-Rick |
|  | *(signature)* <br> Raymond Matthews |
|  | *(signature)* <br> Emilio Prencipe |

Appendix A

## Lifetime Job Guarantee Roster

| | | |
|---|---|---|
| Alexander, Bernadette | Chillemi, Frank | Gage Jr., Chester |
| Alexander, James | Christman, George | Gales, Julius |
| Allen Jr., John | Clipper, Veronica | Galope, Michael |
| Armstrong, Willie | Cohen William | Garner, Paul |
| Arroyo, Alfredo | Collins, James | Garrett, Michael |
| Atkinson, Bennie | Corcoran, Donald | Garrison, James |
| Bailey, Charles R.** | Cortese, Vito | Gavounas, John D. |
| Bailey, Dennis | Costantino Jr., Albert | Gedeon, Donald |
| Barton, Rodney | Costantino, Gary | George, Dora |
| Baur, William | Cox, James | Geris, Michael |
| Beasley, James | Creamer, John | Godshall, Stephen |
| Beasley, Paul | Cristarella, Phillip | Goheen, John |
| Beasley, Richard | Crowley, Fred | Goodwin, Roger |
| Behlen Paul | Cullen, William A. | Graham, John |
| Bell, Gary | Cyrus, Robert | Grossman, Barbara |
| Berbig, Wayne | Dagostino, Anthony | Grossman, William |
| Berto, Carlo | Dagostino, Michael | Hall, Brian |
| Besteder, Dale | Darnell, Joseph | Hamlett, Bobbie |
| Birley Jr., Curtis | Dean, Paul | Hampton, Robert |
| Boney, Antonio | Decker, Bruce | Hardison, John |
| Bova, Peter | Dickerson, Nancy | Hare, Willie |
| Bradley, James | Donley, Jerry | Harris, Ernest |
| Brennan, Thomas | Duvall Jr., James | Hart, Thomas |
| Brent, Ronald | Eastep, Luther | Helmick, Michael |
| Brown Sr., Leroy | Ebner, John | Hibbits, David |
| Brown, Elton | Eck, Robert | Holl, Frank |
| Brown, Henry | Falcone Jr., Lawrence | Horseman, James |
| Brown, Ubie | Falcone, Anthony | Horton, Donald |
| Brown, William | Farr Jr., Harry | Howard, William |
| Bugarski, Joseph | Farr Sr., Harry | Hughes, Kenneth |
| Bullard, Jason | Fiedler Jr., Joseph | Hunsaker, John |
| Campbell, Charlie | Filleaux, William | Hunter Sr., Carleton |
| Campbell, Ernest | Fleming, Ramon | Hurd, Fred |
| Carter, Harry | Forbes, Kevin | Hyatt, Charles |
| Carroll Jr., Malcolm | Forsythe, James | Izadpanah, Abdul |
| Carroll, James | Foster, Donald | Jackson, Perry* |
| Cathcart, Dudley | Fox, Michael | Jay, Gary |
| Champ, Luther | Fox, Thomas | Jenkins III, William |
| Chaney, William | Fresco, Mario | Jenkins, Clarence |
| Chapman, James | Frey, Grady | Jenkins, Thomas |

| | | |
|---|---|---|
| Johnson, Donald | Miller, Kenneth | Ruffley, Robert |
| Johnson, Joseph | Moore, David | Russell Sr., John |
| Johnson, Robert | Moore, John | Rutkowski, Glenn |
| Jones, Edward | Morris Jr., Earl | Ryan Jr., James |
| Jones, George | Moseley, Herbert | Schwaner, John |
| Joseph, Edward | Moy, Get | Schweitzer, David |
| Juggins Jr., Wesley | Mueller, Douglas | Seidel, Glen |
| Kallas, Thomas | Murphy, William | Sheffer, David |
| Keplinger, Elwood | Nagel, Thomas | Sheffer, Michael |
| Kinder, Steven | Nash, Vernon | Sheffer, Ronald |
| King, Steven | Neiss, Alan | Shelton, Robert |
| Krell, Dennis | Oertel, John | Shiflett, Linwood |
| Kunkel, William | Owens, Willis | Smith, Roger |
| Kusztos, John | Parlett, James | Snead, Clifford |
| Lantz, Louis | Parsons, James | Snyder, William |
| Lee Jr., Harry | Pastor, Jan | Sorocinsky, Michael |
| Lee, James | Patrick, Kenneth | Starke, Thomas |
| Lee, James P. | Pearson, James | Stewart, Roger |
| Lee, Wallace | Pearson, Thomas | Still, John |
| Legeer, Don | Pence, Christopher | Street, Barry |
| Leister, Maurice | Petrone, Emilio | Street, Garry |
| Lett, Timothy | Phillips Jr., R. Hunter | Street, Larry |
| Lloyd, Alfred | Phillips, Raymond | Swartz, Melvin |
| Lord, Plaul | Phipps, James | Tate, Alphonso |
| Lucas, John | Pilkerton, Walter | Taylor, Reginald |
| Mack, Robert | Pironto, Daniel | Thomas, Leroy |
| Madison, Alan | Poulos, William | Thompson, William |
| Malenab III, Joe D. | Prencipe, Anthony | Thrower, Gregory |
| Malenab Jr., Joe D. | Prencipe, Emilio | Thrower, Larry |
| Malone, Alphonzo | Pullium, Mark | Trest, Richard |
| Marcellino, Michelle | Rearden, William | Tuck, Thomas |
| Marshall, James | Redd, Thomas L. | Uhas, Steve |
| McClanahan, Ernest | Redmond, Frank | Valley, Edward |
| McDuffie, Ralph | Reed, Gerald | Vance, Joel |
| McDuffie, Raymond | Reed, Richard | Vanover, Harold |
| McHugh, Edward | Reid, Tyrus | Vassel, David |
| McInerney, John | Reidy, Michael | Vlahos, Joel |
| McPadden, James | Reilly, William | Walker Jr., John |
| Metzker, Kenneth | Ridgell, Bernie | Walker, George |
| Michelson, Howard | Robey, William | Walton, Arthur E. |
| Miller, James | Royster, Nathan | Walton, Jeffrey |

| | | |
|---|---|---|
| Weakley, Jack | Wert, Charles | Williams, Jimmy Lee |
| Webb, John | Whalen, Joseph | Wilson, Maybelle |
| Wehrle, Robert | White, Gary | Wingert, Terrance |
| Weimer, Charles | Whiteoak, Richard | Wolfe, Paul |
| Weldrick, Ivor | Whittington, William | Wood, Marvin |
| Wells, Warren | Williams, Daniel G. ** | Yeager, Bruce |

\*, ** As of the date of signing of the Agreement, Perry Jackson will be covering a full-time position as a regular full-time employee for Charles Bailey or Daniel G. Williams who are on Worker's Compensation. In the event that either Mr. Bailey or Mr. Williams returns to work, Mr. Jackson's name will be removed from the Lifetime Guarantee Roster. It is understood that none of the employees named above is eligible to receive the separation incentive set forth in Section 2(a) of the Memorandum of Agreement unless they return to active status and opt for the incentive while on active status.

Appendix B

## Job Security Roster For Mailers

| | | |
|---|---|---|
| Allen, Katherine | Eckstein, Robert | Patrick Jr., Kenneth |
| Barnes, Alfred | Farlow, Patricia | Randle, Kevin |
| Barnett, Deborah | Fogg, Danny | Reid, Joe |
| Bell, Gilbert | Gentilcore, Charles | Samha, Muhiddin |
| Bowman, Annie | Hayes, Prince | Smith, Kenneth |
| Brown, Kenneth | Hensell, Patricia | Studney, Stuart |
| Calhoun, Calvin | Hill, William | Sundstrom, Robert |
| Canard, Deborah | Hough, Kenneth | Sweatt, Michael |
| Childress, Charlie | Hungerford, William | Taliaferro, Guy |
| Crowder, Carneal | Jarrett, Mickey | Torres, Fernando |
| Davis, Alchester | Jones, Barbara | Wilson, John |
| Donnelly, Paul | Leroux, Brian | Wood, Regina |
| Duncan, James | Macrae, Douglas | Woodfork, Mark |
| Dutta, Phani | Maddrey, Gloria | |
| Duvall, Ronald | Mayrose, William | |