UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WASHINGTON MAILERS UNION
LOCAL M-29, affiliated with
COMMUNICATIONS WORKERS
OF AMERICA, AFL-CIO
  9100 Old Marlboro Pike, Suite 100
Upper Marlboro, MD 20772

        Plaintiff,

       v.

THE WASHINGTON POST
1150 15th Street, N.W.
Washington D.C. 20071

        Defendant

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 1:07-cv-01851
Assigned To : Kennedy, Henry H.
Assign. Date : 10/15/2007
Description: Labor-ERISA

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.2, Richard Rosenblatt moves for leave to appear herein, pro hac vice, as counsel for plaintiff Washington Mailers Union Local M-29.

    1.    Richard Rosenblatt, Esq. has offices located at 8085 East Prentice Avenue, Greenwood Village, Colorado 80111. His telephone number is (303) 721-7399. He is an active member of the Colorado bar and an inactive member of the California and Michigan bars. He is also a member of the bars of the U.S. Supreme Court, D.C. Court of Appeals and the Second, Fourth, Fifth, Sixth, Seventh and Ninth Circuit Courts of Appeals. He has never been disciplined or disbarred. He has not been admitted to practice pro hac vice before this Court in the past two years.

2.      Nicolas M. Manicone, Headquarters Counsel for the Communications Workers of America, AFL-CIO, 501 Third Street, N.W., Suite 800, Washington, D.C. 20001, is co-counsel in this case. He is admitted to practice before this Bar, and his bar number is District of Columbia Bar No. 461171. Mr. Manicone sponsors Mr. Rosenblatt in this Motion, certifies as to the applicant's good character and reputation, and further certifies that Mr. Rosenblatt is familiar with the local rules and the District of Columbia Rules of Professional conduct.

Respectfully submitted,

_Richard Rosenblatt/NMM_

Richard Rosenblatt, Esq.
Richard Rosenblatt & Associates, L.L.C.
8085 East Prentice Avenue
Greenwood Village, CO 80111
Phone: (303) 721-7399
Fax: (720) 528-1220

Nicolas M. Manicone, Esq.
D.C. Bar No. 461171
Communications Workers of America
501 Third Street, N.W., Suite 800
Washington, D.C. 20001
Phone: (202) 434-1321
Fax: (202) 434-1464

Dated: October 15, 2007          Counsel for Plaintiff

# DECLARATION

Pursuant to 28 U.S.C. § 1746(2), I, Richard Rosenblatt, declare and state as follows:

1.     I am seeking admission pro hac vice to represent my client, plaintiff Washington Mailers Union Local M-29, in an action against The Washington Post.

2.     My full name is Richard Rosenblatt.

3.     My office address is 8085 East Prentice Avenue, Greenwood Village, Colorado 80111.   My telephone number is (303) 721-7399.

4.     I have been admitted to the Colorado Bar (active), the California Bar (inactive) and the Michigan Bar (inactive).  I am also a member of the U.S. Supreme Court and the D.C. Court of Appeal.

5.     I certify that I have not ever been disciplined by any bar.

6.     I have not been admitted pro hac vice in the U.S. District Court for the District of Columbia for more than two years.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of October, 2007.

Richard Rosenblatt