# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| **Washington Mailers Union Local 29-M, affiliated with Communications Workers of America, AFL-CIO**<br><br>　　　Plaintiff<br><br>vs.<br><br>**The Washington Post**<br><br>　　　Defendant | Attorney:<br><br>Communications Workers of America, AFL-CIO<br>Nicolas Manicone<br>501 3rd St., NW, Suite 800<br>Washington, DC. 20001-2797 |

**Case Number:** 1:07-cv-01851

Legal documents received by Same Day Process Service on October 15th, 2007 at 2:00 PM to be served upon **The Washington Post at 1150 15th St., NW, Washington, DC. 20071**

I, Brandon A. Snesko, swear and affirm that on **October 15th, 2007 at 2:30 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons in a Civil Case; Complaint; Motion for Admission Pro Hac Vice** to **Eric Lieberman** as **Attorney & Authorized Agent** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 40   Height: 5'9   Weight: 165   Skin Color: White   Hair Color: Brown   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005205

District of Columbia : SS
Subscribed and Sworn to before me
this 16th day of Oct, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.