IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MAILERS UNION LOCAL M-29, affiliated with COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE WASHINGTON POST,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 1:07-cv-01851<br>Assigned To Judge Henry H. Kennedy<br>Assignment Date: 10/15/07<br>Description: Labor-ERISA |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for The Washington Post, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of The Washington Post which have any outstanding securities in the hands of the public.

1. The Washington Post is a wholly owned subsidiary of the Washington Post Company, a publicly held corporation; and

2. Berkshire Hathaway, Inc., a publicly held corporation, has a 10% or greater ownership in the Washington Post Company.

These representations are made in order that judges of this court may determine the need for recusal.

Dated: November 5, 2007                     /s/  Jacqueline M. Holmes
                                            Jacqueline M. Holmes (DCB #45037)
                                            Shay Dvoretzky (admission pending)
                                            Jones Day
                                            51 Louisiana Avenue, N.W.
                                            Washington, DC, 20001-2113
                                            Phone: (202) 879-39339
                                            Facsimile: (202) 626-1700

                                            Attorneys for Defendant
                                            WP COMPANY LLC, d/b/a
                                            THE WASHINGTON POST

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2007, I electronically filed Defendant The Washington Post's Certificate Rule LCvR 7.1 with the Clerk of the Court using the CM/ECF system, and served on the following through the means indicated:

>Nicholas M. Manicone, Esq.
>Communications Workers of America,
>AFL-CIO
>501 Third Street, N.W.
>Suite 800
>Washington, DC  20001-2797
>(via hand delivery)
>
>Richard Rosenblatt, Esq.
>Richard Rosenblatt &
>Associates, LLC
>8085 East Prentice Avenue
>Greenwood Village, CO  80111
>(via overnight courier and e-mail)

/s/ Jacqueline M. Holmes