UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MAILERS UNION<br>LOCAL M-29, affiliated with<br>COMMUNICATIONS WORKERS<br>OF AMERICA, AFL-CIO<br>　9100 Old Marlboro Pike, Suite 100<br>　Upper Marlboro, MD 20772<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>THE WASHINGTON POST<br>　1150 15th Street, N.W.<br>　Washington D.C. 20071<br><br>　　　　Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Case No. 1:07-cv-01851<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please take notice that Nicolas M. Manicone, Esq., of the legal staff of the Communications Workers of America, AFL-CIO ("CWA"), hereby withdraws as counsel of record for Plaintiff Washington Mailers Union Local M-29 affiliated with CWA in the above-captioned matter and requests that Stephen Koslow, Esq. of the same organization be substituted as counsel of record.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Nicolas M. Manicone
　　　　　　　　　　　　　　　　　　　Communications Workers of America, AFL-CIO
　　　　　　　　　　　　　　　　　　　501 Third Street, N.W., Suite 800
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001-2797
　　　　　　　　　　　　　　　　　　　Office: (202) 434-1321
　　　　　　　　　　　　　　　　　　　Fax: (202) 434-1464
　　　　　　　　　　　　　　　　　　　Cell: (202) 215-9755 (cell)
　　　　　　　　　　　　　　　　　　　nmanicone@cwa-union.org
　　　　　　　　　　　　　　　　　　　DC Bar No.: 461171

                                                /s/ Stephen Koslow  
                                        Stephen Koslow, Headquarters Counsel  
                                        Communications Workers of America, AFL-CIO  
                                        501 Third Street, N.W., Suite 800  
                                        Washington, D.C.  20001-2797  
                                        Office:  (202) 434-104  
                                        Fax:  (202) 434-1454  
                                        SKOSLOW@cwa-union.org  
                                        DC Bar No.:  424700  

Dated:  January 25, 2008              Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MAILERS UNION<br>LOCAL M-29, affiliated with<br>COMMUNICATIONS WORKERS<br>OF AMERICA, AFL-CIO<br>  9100 Old Marlboro Pike, Suite 100<br>  Upper Marlboro, MD 20772<br><br>          Plaintiff,<br><br>     v.<br><br>THE WASHINGTON POST<br>  1150 15th Street, N.W.<br>  Washington D.C. 20071<br><br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Case No.  1:07-cv-01851 |

## CERTIFICATE OF SERVICE

I, Nicolas M. Manicone, hereby certify that on this 25th day of January, 2008, a true and correct copy of the Notice of Substitution of Counsel was mailed to opposing counsel, via UPS overnight delivery, addressed as follows:

> Jacqueline M. Holmes
> JONES DAY
> 51 Louisiana Avenue, N.W.
> Washington, D.C.  20001
> Telephone:  (202) 879-3939
> Facsimile:  (202) 626-1700

> Respectfully submitted,

Dated: January 25, 2008

_____
Nicolas M. Manicone
Counsel for Plaintiff