IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WASHINGTON MAILERS UNION LOCAL M-29, affiliated with COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO,<br><br>Plaintiff,<br><br>v.<br><br>THE WASHINGTON POST,<br><br>Defendant. | CIVIL ACTION NO. 1:07-cv-01851<br>Assigned To Judge Henry H. Kennedy<br>Assignment Date: 10/15/07<br>Description: Labor-ERISA |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF'S CLAIMS WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated by and between Plaintiff the Washington Mailers Union Local M-29, affiliated with the Communications Workers of America, AFL-CIO, and Defendant WP Company, L.L.C. d/b/a The Washington Post that the above-captioned action is voluntarily dismissed with prejudice in its entirety as against Defendant, and that each party shall bear its own costs and attorneys' fees.

Dated:  April 17, 2008

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Richard Rosenblatt | Jacqueline M. Holmes  (DCB #450357) |
| Richard Rosenblatt & Associates, L.L.C. | Shay Dvoretzky (DCB #498527) |
| 8085 E. Prentice Avenue | Jones Day |
| Greenwood Village, CO 80111 | 51 Louisiana Avenue, N.W. |
| Telephone:  (303) 721-7399 | Washington, DC  20001-2113 |
| Facsimile:  (303) 771-7198 | Telephone:     (202) 879-3939 |
| | Facsimile:      (202) 626-1700 |
| Attorneys for Plaintiff | Attorneys for Defendant |

WAI-2872050v1

- 2 -

**SO ORDERED.**

Date: _____     _____
                                                                                    Henry H. Kennedy, J.

WAI-2872050v1